# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aleatha Jessie | CHAPTER 13 |
| Debtor | |
| ALEATHA JESSIE,: Plaintiff | BKY. NO. 16-10131 ELF |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGENCY  :: | |
| Defendants | Adv. No. 17-00290 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, and index same on the master mailing list.

Re: Loan # Ending In: 1568

    Respectfully submitted,

**/s/Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406