**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:       **ALEATHA JESSIE,** | : | Chapter 13 |
| **Debtor** | : | Bky. No. 16-10131 ELF |
| **ALEATHA JESSIE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| **Defendants** | : | Adv. No. 17-290 |

# O R D E R

**AND NOW**, Fed. R. Bankr. P. 7012(b) providing, <u>inter alia</u>:

A responsive pleading shall admit or deny an allegation that the proceeding is core or non-core. If the response is that the proceeding is non-core, it shall include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy judge.

**AND**, in the Answer to the Complaint, the Defendants **having failed to state whether they consent to the entry of a final order or judgment by the bankruptcy court** in violation of Rule 7012(b);

It is therefore **ORDERED** that **on or before May 1, 2018**, the Defendants shall file a Statement Pursuant to Rule 7012(b), advising whether they consent to the entry of a final order or judgment by this court.

Date: April 24, 2018

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**