```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
Jessie,
         Plaintiff                               Adv. Proc. No. 17-00290-elf

Pennsylvania Housing Finance Agency,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD           Page 1 of 1           Date Rcvd: Apr 24, 2018
                              Form ID: pdf900          Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
ust             +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                  228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla             +Aleatha Jessie,    4539 Tolbot,   Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2018 02:07:06     Frederic J. Baker,
                  Office of United States Trustee,    833 Chestnut Street,   Suite 500,
                  Philadelphia, PA 19107-4405
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Apr 25 2018 02:07:06     SHAKIMA L. DORTCH,
                  U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,   Suite 2207,
                  Wilmington, DE 19801-3519
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 25 2018 02:07:06     United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2018 02:07:06     United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              ALFONSO G. MADRID   on behalf of Plaintiff Aleatha   Jessie alfonsomadridlawECF@gmail.com
              KEVIN G. MCDONALD   on behalf of Creditor    Pennsylvania Housing Finance  Agency
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Defendant   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              THOMAS I. PULEO   on behalf of Defendant   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**     **ALEATHA JESSIE,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 16-10131 ELF |
| | : | |
| | : | |
| **ALEATHA JESSIE,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| | : | |
| Defendants | : | Adv. No. 17-290 |

..........................................

## PRETRIAL ORDER

..........................................

**AND NOW,** the Plaintiff having filed an adversary proceeding and the Defendants having filed a responsive pleading, it is hereby **ORDERED** that:

1. If not already filed, any party that is subject to Fed. R. Bankr. P. 7007.1 shall file the required disclosure **on or before May 1, 2018.**

2. **On or before May 15, 2018**, the parties shall file a Joint Statement whether they consent to participate in the court-annexed mediation program and transmit a copy of the joint statement to chambers and:

   a. If the parties consent to mediation, the Joint Statement shall either:

      i. request that the court appoint a specific individual to serve as mediator;

-1-

      ii. request that the court appoint a specific individual who has indicated a willingness and ability to serve as mediator, see ¶ 2.b. below, from a list of no more than three (3) names; or

      iii. advise the court that the parties cannot locate or cannot agree upon an individual to serve as mediator

  b. Prior to the submission of a Joint Statement that provides a list of one (1) or more mediators acceptable to the parties, the parties shall contact each potential appointee to determine whether the person is willing to serve as mediator and whether that person has preliminarily determined that he or she is not disqualified under L.B.R. 9019-1(i).

3. **On or before May 15, 2018**, counsel shall have held and concluded the mandatory discovery conference pursuant to Fed. R. Civ. P. 26(f), incorporated into these proceedings by Fed. R. Bankr. P. 7026. During said conference, the parties shall discuss how to proceed with general discovery and electronic discovery and shall consider whether the discovery and pretrial schedule detailed below in this order is appropriate in this proceeding.

4. **On or before May 22, 2018,** after the conclusion of the parties' discovery conference, should the parties propose a discovery or pretrial schedule that differs from the one below, they shall file with the bankruptcy court a report on discovery, as mandated by Fed. R. Civ. P. 26(f). The parties shall detail those differences in their Rule 26(f) report, along with the reasons therefor. The court may, when appropriate, order a hearing based on the information found in the Rule 26(f) report. If the parties are in agreement with the discovery schedule outlined herein, no report need be filed unless there are objections to the initial discovery disclosures.

5. The requirements of Fed. R. Civ. P. 26(a)(1) **shall not apply in this adversary proceeding**.

6. The following discovery and trial schedule shall be considered by the parties in their deliberations at their discovery conference:

    a. All discovery shall be completed **on or before July 3, 2018**.

    b. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) **on or before June 19, 2018.**

    c. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court **on or before July 24, 2018.**

    d. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court **on or before July 31, 2018.**

    e. All motions to amend the pleadings, or for summary judgment, shall be filed **on or before August 14, 2018**[1]  If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.  If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

    f. A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 **on or before August 21, 2018**.

7. A mandatory final pretrial/settlement conference shall be held on **August 28, 2018 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

8. All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior to the date of trial.  In addition, a full set of exhibits shall be prepared and provided to the court at the commencement of the trial.

**Date: April 24, 2018**

                                                  **ERIC L. FRANK**
                                                  **U.S. BANKRUPTCY JUDGE**

---

[1] A motion for summary judgment shall include a separate statement of those material facts that the movant contends are not in dispute with supporting citations to the record.  Failure to comply with this requirement shall be grounds for summary denial of the motion.