United States Bankruptcy Court
Eastern District of Pennsylvania

Jessie,
        Plaintiff                                          Adv. Proc. No. 17-00290-elf

Pennsylvania Housing Finance Agency,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Apr 24, 2018
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
ust          +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
              228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla          +Aleatha Jessie,   4539 Tolbot,   Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2018 02:07:06       Frederic J. Baker,
              Office of United States Trustee,   833 Chestnut Street,   Suite 500,
              Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Apr 25 2018 02:07:06       SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
              Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 25 2018 02:07:06       United States Trustee,
              228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2018 02:07:06       United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                     TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
        ALFONSO G. MADRID    on behalf of Plaintiff Aleatha  Jessie alfonsomadridlawECF@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency
        bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
        Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                     TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **ALEATHA JESSIE,** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No. 16-10131 ELF |
| | | : | |
| | | : | |
| **ALEATHA JESSIE,** | | : | |
| | **Plaintiff** | : | |
| | | : | |
| | **v.** | : | |
| | | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | | : | |
| | | : | |
| **U.S. BANK, N.A., as Trustee** | | : | |
| | | : | |
| | **Defendants** | : | Adv. No. 17-290 |
| | | : | |

## <u>O R D E R</u>

**AND NOW**, Fed. R. Bankr. P. 7012(b) providing, <u>inter alia</u>:

> A responsive pleading shall admit or deny an allegation that the proceeding is core or non-core. If the response is that the proceeding is non-core, it shall include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy judge.

**AND**, in the Answer to the Complaint, the Defendants **having failed to state whether they consent to the entry of a final order or judgment by the bankruptcy court** in violation of Rule 7012(b);

It is therefore **ORDERED** that **on or before May 1, 2018**, the Defendants shall file a Statement Pursuant to Rule 7012(b), advising whether they consent to the entry of a final order or judgment by this court.

**Date: April 24, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**