# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:    ALEATHA JESSIE,** | : | **Chapter 13** |
| **Debtor** | : | **Bky. No. 16-10131 ELF** |
| **ALEATHA JESSIE,** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| **Defendants** | : | **Adv. No. 17-290** |

## O R D E R

**AND NOW,** a hearing is **SCHEDULED** on **May 7, 2018**, **at 10:00 a.m.**, **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** for the Defendant and its counsel to **SHOW CAUSE** why they should not be **SANCTIONED** for failure to comply with the court's order dated **April 24, 2018** (Doc. # 21).

**Date: May 2, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**