United States Bankruptcy Court
Eastern District of Pennsylvania

Jessie,
    Plaintiff                                         Adv. Proc. No. 17-00290-elf

Pennsylvania Housing Finance Agency,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 1            Date Rcvd: May 02, 2018
                           Form ID: pdf900       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2018.
ust          +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
              228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla          +Aleatha Jessie,   4539 Tolbot,   Philadelphia, PA 19136-1417
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 03 2018 01:48:22     Frederic J. Baker,
              Office of United States Trustee,   833 Chestnut Street,   Suite 500,
              Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV May 03 2018 01:48:22     SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
              Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 03 2018 01:48:22     United States Trustee,
              228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 03 2018 01:48:22     United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                                            TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2018 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Plaintiff Aleatha  Jessie alfonsomadridlawECF@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance  Agency bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Defendant   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Defendant   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                                                          TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:   ALEATHA JESSIE,** | : | Chapter 13 |
| **Debtor** | : | Bky. No. 16-10131 ELF |
| **ALEATHA JESSIE,** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| **Defendants** | : | Adv. No. 17-290 |

## O R D E R

**AND NOW,** a hearing is **SCHEDULED** on **May 7, 2018**, **at 10:00 a.m.**, in **Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** for the Defendant and its counsel to **SHOW CAUSE** why they should not be **SANCTIONED** for failure to comply with the court's order dated **April 24, 2018** (Doc. # 21).

Date:  **May 2, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE