# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    **ALEATHA JESSIE,** | : | Chapter 13 |
| **Debtor** | : | Bky. No. 16-10131 ELF |
| | : | |
| **ALEATHA JESSIE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| **Defendants** | : | Adv. No. 17-290 |

# O R D E R

**AND NOW WHEREAS:**

A. On **April 24, 2018**, the court entered an order requiring that, **on or before May 1, 2018**, the Defendants to file a statement whether they consent to the entry of a final order or judgment by the bankruptcy court, as required by Fed. R. Bankr. P. 7012(b).

B. The Defendants failed to comply with the **April 24, 2018** order.

C. On **May 2, 2018**, the court entered an order scheduling a hearing on **May 7, 2018, at 10:00 a.m.,** for the Defendants and their counsel to **SHOW CAUSE why they** should not be **SANCTIONED** for failure to comply with the **April 24, 2018** order.

D. The Defendants and their counsel **FAILED TO APPEAR** at the **May 7, 2018** hearing.

It is therefore **ORDERED** and **DETERMINED** that:

1. The Defendants and their counsel are in **CONTEMPT** of the court's **April 24, 2018** order.

2. The Defendants and their counsel shall **PURGE their CONTEMPT** by filing the statement required by the **April 24, 2018** order **FORTHWITH**.

3. If the Defendants and their counsel have not complied with Paragraph 2 of this order by **May 11, 2018**, for each business day thereafter, the Defendants and their counsel are **SANCTIONED** in the amount of **$100.00 per day** until such time as the Defendants and their counsel comply with the court's **April 24, 2018** order.

**Date:  May 7, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: KML Law Group, P.C.
    Mellon Independence Center - Suite 5000
    701 Market Street
    Philadelphia, PA 19106
    ATTN: MANAGING ATTORNEY