**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ALEATHA JESSIE | : | Chapter 13 |
| Debtor | : | Bky. No. 16-10131ELF |
| | : | |
| ALEATHA JESSIE, Plaintiff | : | |
| v. | : | Adv. No. 17-290 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** the parties having reported that the above adversary proceeding has been settled;

**AND**, whereas Local Bankruptcy Rule 7041-1(b) requires that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days;

It is therefore, **ORDERED** that any necessary Motion or Stipulation shall be filed with this court **on or before JUNE 11, 2018,** or this adversary proceeding **may be dismissed without further notice or hearing.**

Date: May 10, 2018

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**