United States Bankruptcy Court
Eastern District of Pennsylvania

Jessie,
    Plaintiff
                    Adv. Proc. No. 17-00290-elf

Pennsylvania Housing Finance Agency,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: May 08, 2018
                   Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Aleatha Jessie,    4539 Tolbot,    Philadelphia, PA 19136-1417
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 09 2018 02:10:05     Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV May 09 2018 02:10:05     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 09 2018 02:10:05     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 09 2018 02:10:05     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
```
          ALFONSO G. MADRID    on behalf of Plaintiff Aleatha   Jessie alfonsomadridlawECF@gmail.com
          KEVIN G. MCDONALD    on behalf of Defendant    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    **ALEATHA JESSIE,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 16-10131 ELF |
| | : | |
| **ALEATHA JESSIE,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | : | |
| | : | |
| **U.S. BANK, N.A., as Trustee** | : | |
| | : | |
| Defendants | : | Adv. No. 17-290 |
| | : | |

# O R D E R

**AND NOW WHEREAS:**

A. On **April 24, 2018**, the court entered an order requiring that, **on or before May 1, 2018**, the Defendants to file a statement whether they consent to the entry of a final order or judgment by the bankruptcy court, as required by Fed. R. Bankr. P. 7012(b).

B. The Defendants failed to comply with the **April 24, 2018** order.

C. On **May 2, 2018**, the court entered an order scheduling a hearing on **May 7, 2018, at 10:00 a.m.,** for the Defendants and their counsel to **SHOW CAUSE why they** should not be **SANCTIONED** for failure to comply with the **April 24, 2018** order.

D. The Defendants and their counsel **FAILED TO APPEAR** at the **May 7, 2018** hearing.

It is therefore **ORDERED** and **DETERMINED** that:

1. The Defendants and their counsel are in **CONTEMPT** of the court's **April 24, 2018** order.

2. The Defendants and their counsel shall **PURGE their CONTEMPT** by filing the statement required by the **April 24, 2018** order **FORTHWITH**.

3. If the Defendants and their counsel have not complied with Paragraph 2 of this order by **May 11, 2018**, for each business day thereafter, the Defendants and their counsel are **SANCTIONED** in the amount of **$100.00 per day** until such time as the Defendants and their counsel comply with the court's **April 24, 2018** order.

Date:  May 7, 2018

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: KML Law Group, P.C.
    Mellon Independence Center - Suite 5000
    701 Market Street
    Philadelphia, PA 19106
    ATTN: MANAGING ATTORNEY