United States Bankruptcy Court
Eastern District of Pennsylvania

Jessie,
    Plaintiff                                                    Adv. Proc. No. 17-00290-elf

Pennsylvania Housing Finance Agency,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: May 10, 2018
                      Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
ust         +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
           228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2018 01:48:25
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
           Harrisburg, PA   17128-0946
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 11 2018 01:48:29    Frederic J. Baker,
           Office of United States Trustee,    833 Chestnut Street,    Suite 500,
           Philadelphia, PA 19107-4405
ust         +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV May 11 2018 01:48:29    SHAKIMA L. DORTCH,
           U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
           Wilmington, DE 19801-3519
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 11 2018 01:48:30    United States Trustee,
           228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 11 2018 01:48:29    United States Trustee,
           Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                        TOTAL: 5

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
           ALFONSO G. MADRID    on behalf of Plaintiff Aleatha   Jessie alfonsomadridlawECF@gmail.com
           KEVIN G. MCDONALD    on behalf of Defendant    Pennsylvania Housing Finance Agency
            bkgroup@kmllawgroup.com
           KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency
            bkgroup@kmllawgroup.com
           KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
            PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
           KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
            Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
           THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
            PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ALEATHA JESSIE | : | Chapter 13 |
| Debtor | : | Bky. No. 16-10131ELF |
| ALEATHA JESSIE, Plaintiff | : | |
| v. | : | Adv. No. 17-290 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** the parties having reported that the above adversary proceeding has been settled;

**AND**, whereas Local Bankruptcy Rule 7041-1(b) requires that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days;

It is therefore, **ORDERED** that any necessary Motion or Stipulation shall be filed with this court **on or before JUNE 11, 2018,** or this adversary proceeding **may be dismissed without further notice or hearing.**

Date: May 10, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE