# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| Debtor | : | |
| ALEATHA JESSIE | : | |
| Plaintiff | : | ADV. NO. 17-290 |
| v. | : | |
| PENNSYLVANIA HOUSING FINANCE AGENCY; and U.S. BANK, N.A., AS TRUSTEE FOR PA. HOUSING FIN. AGENCY | : | |
| Defendants | : | |

## STIPULATION AND ORDER DISMISSING ADVERSARY ACTION

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor/Plaintiff, Aleatha Jessie, and the Defendants, Pennsylvania Housing Fin. Agency and U.S. Bank, N.A., that the above-captioned adversary action is DISMISSED WITH PREJUDICE.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| /s/ Alfonso Madrid | /s/ Kevin McDonald |
| ALFONSO MADRID, ESQ. | KEVIN MCDONALD, ESQ. |
| Law Office of Alfonso Madrid | KML LAW GROUP, PC |
| Attorney for Debtor/Plaintiff | Counsel for Defendants. |
| 757 South 8th St. | BNY Mellon Indep. Ctr. |
| Philadelphia PA 19147 | 701 Market St., Ste 5000 |
| Telephone: (215)925-1002 | Philadelphia, PA 19106 |
| Facsimile: (215) 689-4809 | 215-572-8111 |
| alfonsomadrid.esq@gmail.com | kmcdonald@kmllawgroup.com |

Jessie v. PHFA, Adv. No. 17-290                                               Stipulation & Order to Dismiss

SO ORDERED:

_____
Eric L. Frank
United States Bankruptcy Court